Case No: 10-23662

# UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u> DISTRICT Of <u>ILLINOIS</u>

<u>CHICAGO</u> Division

In re: <u>Patrick M Donahue</u>   Case No: <u>10-23662</u>

  Chapter: <u>13</u>

Property Address: <u>320 WINDCREST CT BOLINGBROOK, IL 60440</u>

Last four digits of any number you use to identify the debtor's account: <u>2625</u>

Court Claim No. (if known) <u>1</u>

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

<u>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-5</u>

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") date <u>12/20/2012</u> and filed as Docket No. <u>20</u>

### Pre-Petition Default Payments   Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: <u>$0.00</u>

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments   Applicable option is checked.

[✓] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: <u>$0.00</u>

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 10-23662

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor         ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ Michael Dimand
　　Signature

X 01/11/2013
　　Date (MM/DD/YYYY)

First Name: Michael　　Middle Name:　　Last Name: Dimand
Title: Attorney for Movant
Company: The Wirbicki Law Group, LLC
Address: 33 W. Monroe St., Ste. 1140
City: Chicago　　State: IL　　Zip: 60603
Phone: 312-360-9455

Case No:     10-23662

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

Case No:    10-23662

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

Case No:   10-23662

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 01/11/2013

Chapter 13 Trustee: Glenn B Stearns
Trustee Address: — 801 Warrenville Rd., Ste. 650, Lisle, IL 60532
Trustee Email:

Debtor's Counsel Name: Jeffrey D. Thav
Debtor's Counsel Address: — 24725 West 12 Mile Rd., Ste. 110, Southfield, MI 48034
Debtor's Counsel Email: jthav@thavandryke.com

Debtor 1 Name: Patrick M. Donahue
Debtor 2 Name:
Debtor's Mailing Address: — 320 Windcrest Court, Bolingbrook, IL 60440
Debtor Email:

/s/ Michael Dimand